■ BANKERS TRUST COMPANY, Respondent, v YETTA BENNETT, Appellant. —Order, Supreme Court, New York County, entered on February 6, 1976, and the judgment entered thereon on March 26, 1976 unanimously affirmed

for the reasons stated by Asch, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Markewich, J. P., Birns, Capozzoli, Nunez and Yesawich, JJ.